| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 20 |
| JANEL ASHELEY SOUTHERLAND | * | September Term, 2024 |

# O R D E R

Upon initial consideration of the parties' joint petition to suspend the respondent for 30 days, stayed in favor of one year of probation, the Court requested that the parties confirm whether or not they would withdraw their consent if modifications to the conditions of probation had to be approved by the Court in advance. Bar counsel responded that it would not withdraw its consent in that circumstance. The respondent did not respond.

Accordingly, it is this 27th day of January 2025, by the Supreme Court of Maryland,

ORDERED that Janel Asheley Southerland is suspended for 30 days, stayed in favor of one year of probation under the terms of the probation agreement, for violation of Rules 19-301.15 (safekeeping of property), 19-407(a), (b), (d) (attorney trust account record-keeping), and 19-410 (prohibited transactions) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED that any modification to the conditions of probation must be approved by the Court.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Matthew J. Fader
Chief Justice